[No. 11562-3-III.    Division Three.    March 26, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. STANLEY O. FARROW, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 91-1-00225-3, Robert N. Hackett, Jr.,

J., entered April 18, 1991. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Shields, C.J., and Munson, J.